**Exhibit A to the Complaint**

**Location:** Fountain Valley, CA  
**Total Works Infringed:** 90

**IP Address:** 107.185.106.127  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 6E586B4657DEDCFEF85F11B4735EC5F3BE17B0B3<br>File Hash: BCB793B299B4BE45EA14C8F4901A98B4DB9B60C2ED899054FC6C19204ED3AB99 | 07/14/2020 03:54:15 | Blacked Raw | 07/13/2020 | 07/20/2020 | PA0002248963 |
| 2 | Info Hash: 95853F2466E696799E6030A6C5410F9A3FD3ADBA<br>File Hash: E3B038233B3BCE53E296ED91A72B24706143F40866B819C3AE8F25BF386F6FB0 | 07/12/2020 22:55:52 | Tushy | 07/12/2020 | 07/20/2020 | PA0002248965 |
| 3 | Info Hash: CBFA96B97E59DB3C4744AFFA546FAA65CE059F9C<br>File Hash: 9D77F33EF0513D66CD0892B5132F639E3EF7CE64A22ED78FFAD59B029D29183F | 07/12/2020 18:35:41 | Blacked | 07/11/2020 | 07/20/2020 | PA0002248959 |
| 4 | Info Hash: B5110931763F80CE412C1AD08F039866F56867BE<br>File Hash: 01897F07F10DAD283362ACE58C8F3D0E1A5E13FAD2432D5FCD38F40F7E715E1B | 07/11/2020 21:34:03 | Vixen | 07/10/2020 | 07/20/2020 | PA0002248961 |
| 5 | Info Hash: 829EB85C3BB6F11D9B51EC365B40F9D6F12530A5<br>File Hash: 5813DE9CDFDD4AE0B45CAD7706F40394759E40F3F86F826D3A2F694B37AC368E | 07/07/2020 20:59:03 | Tushy | 07/05/2020 | 07/20/2020 | PA0002248967 |
| 6 | Info Hash: 6E092D7A3453A1D45B1439231F12D419573100A7<br>File Hash: D8BF82073E2B68DD94CE8EB6D1D86B84A373A3C3A9FD4A6154CF46360F2A4686 | 07/07/2020 04:23:20 | Blacked Raw | 07/06/2020 | 07/20/2020 | PA0002248962 |
| 7 | Info Hash: A5F599FEFCC9534692B5822A1526EF66A312A012<br>File Hash: E6969AAFE57E1869ADCF19EFEA6A3D2FC5074542AE2D72CBD53AD7D8924561B3 | 07/05/2020 19:23:48 | Blacked | 07/04/2020 | 07/20/2020 | PA0002248966 |
| 8 | Info Hash: 9D0DD6ED44118B4E55D80196591F7AC42E295976<br>File Hash: 738DDC3A312718766B64BDB17DD2846B5E1715AFBA943EA819CCE5A2066B4BF7 | 07/03/2020 22:07:25 | Vixen | 07/03/2020 | 07/16/2020 | PA0002248578 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: F3D4D2BA3F7C9DB5E751343237B5C323D5202A8A<br>File Hash: 932CAD793217FBA3E070305DD1F146DAC984F9D642FFDEAF144527040F11B8D9 | 06/29/2020 20:56:24 | Blacked Raw | 06/29/2020 | 07/17/2020 | PA0002248598 |
| 10 | Info Hash: 605A04B55BFC76DB4D985D40377CA0438DFAF454<br>File Hash: 28519B99CB935CEC76E95935A205932869D0C654E21834518C9578015E3E451B | 06/29/2020 04:29:41 | Tushy | 06/28/2020 | 07/17/2020 | PA0002248597 |
| 11 | Info Hash: 33911D1010AF0E6D98E272F900FE41CFC8F33A29<br>File Hash: 79852B93B21A6506EA24F57131C0028F65B858CE18BF42C70C38E53649D735E9 | 06/23/2020 04:09:41 | Blacked Raw | 06/22/2020 | 07/16/2020 | PA0002248579 |
| 12 | Info Hash: 9B1525C6B7210422F8B2A4D859C19244377A5D8D<br>File Hash: 480522646C863D5D3557EFBCF318A9E1726E6DBE75B70E1C7FBEC11EA1246F11 | 06/21/2020 00:36:20 | Blacked | 06/20/2020 | 07/17/2020 | PA0002248594 |
| 13 | Info Hash: 33A4F0957F39BD711E336BDA133DB458DE45E91A<br>File Hash: 3DAF85B3BD145FB374681902E3C68D3173421FC9206B8BF74BA9B2B8C8CA5ACD | 06/08/2020 00:12:10 | Blacked | 06/06/2020 | 06/22/2020 | PA0002245636 |
| 14 | Info Hash: 92897FFC3123F4A38904B9FB0FA2B02C7311280B<br>File Hash: 639D7B290AA4AA195E9AE03C39E6DD28B7AD43D7BF4606EC8F302CA39997DDAD | 06/06/2020 19:23:50 | Vixen | 06/05/2020 | 06/22/2020 | PA0002245631 |
| 15 | Info Hash: A2C6F9E7DDC2E66CD4EFF4581A33863CCDF5C8C0<br>File Hash: C37B84D6684D74F44BCA82E33DEE5C299416C5427994CB438C1CC5AF93D82EB3 | 05/31/2020 03:12:49 | Blacked | 05/30/2020 | 06/22/2020 | PA0002245635 |
| 16 | Info Hash: 5AF65FC2F36FDE10482D4C645E22493BBB1E7A41<br>File Hash: 7D3192E9D7806075BD7916816DC9771E30741ACC903282A22FEEB98033F789D4 | 05/25/2020 20:08:29 | Blacked Raw | 05/25/2020 | 06/22/2020 | PA0002245633 |
| 17 | Info Hash: 7840E899EC57DDF846E589EA8BA4C5FDC7465FC3<br>File Hash: 53769DE0CAB8EED27CBCECFD04DFC51122F7B461817906F4E8FEA8300B155A48 | 05/25/2020 05:30:31 | Vixen | 05/22/2020 | 06/22/2020 | PA0002245640 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 062215626C7F3ABD8EAF39A7230075DD43CF13A7<br>File Hash: 7C0286924589063E7ED5B4F32A997B453151535C4F676F0D1E25A63F9E5C14FC | 05/11/2020 22:41:23 | Blacked Raw | 05/11/2020 | 06/08/2020 | PA0002243646 |
| 19 | Info Hash: 1A68CEFD839B4A5FA014E644010905E3E4BAED62<br>File Hash: 7CDA00D746D072CCE1C0D3344AD569A602F6BEC79989A46C3BD5B855AEA3089F | 05/02/2020 20:39:07 | Blacked | 05/02/2020 | 05/19/2020 | PA0002241471 |
| 20 | Info Hash: 92EB5D7EDE376D128AFC8878A7325334E2534FDA<br>File Hash: 7C61F266EF8B00566680AE94CEFE28426A98C93D2CF49719663D5EC3BB2C2AC3 | 04/26/2020 18:46:17 | Blacked | 04/25/2020 | 05/05/2020 | PA0002249013 |
| 21 | Info Hash: EFC0D06BB2786E206708A7A75042661142C2EB8C<br>File Hash: 5DCF34745AA40349E8AA5F2C8AA4367AB7B700C01E6F880DD4D82E54A785D1C1 | 04/26/2020 18:13:26 | Tushy | 04/26/2020 | 05/19/2020 | PA0002241478 |
| 22 | Info Hash: 4C68A93F877A55624CFDB1A56B0A09F6226B7DBD<br>File Hash: 3F282AB81B7EB2031337F302499DA6D6B812DDC12B12599EA08FF65A95F623CA | 04/25/2020 00:06:38 | Vixen | 04/24/2020 | 05/05/2020 | PA0002249029 |
| 23 | Info Hash: 559E967BC3BAD27B50785D7F8B772C6314B9C28F<br>File Hash: ECE049193F2278DA085FC144684779B6C29B7159C8F8D7FCFA282CD0DEEA33E3 | 04/20/2020 01:50:30 | Tushy | 04/19/2020 | 05/05/2020 | PA0002249081 |
| 24 | Info Hash: 7009AEB1FB8FA0E778B41D49423CDFC80AFDF62D<br>File Hash: F6F25896450D77C9B994C19A02555EEB05D092E47D0C3BF0A30820FBE105B71F | 04/18/2020 21:41:03 | Blacked | 04/18/2020 | 05/19/2020 | PA0002241472 |
| 25 | Info Hash: 500CED73AD1640EE38AC911929DCFF74E9137064<br>File Hash: 929C5D23D8A40873034DEF5A596FDD63213ADBFCC955FF5EB76CA9A088AD4C07 | 04/13/2020 22:18:11 | Tushy | 04/12/2020 | 04/22/2020 | PA0002237697 |
| 26 | Info Hash: A502765EE8927BE551DDB6D0A52CDB57F1048934<br>File Hash: 36E4BB9A35891935F9225C04376E5EB63F648997444FD278004D04A6708901C9 | 04/12/2020 16:06:13 | Vixen | 04/10/2020 | 05/05/2020 | PA0002249031 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 4996D6270912AFA83C3A542C578E0B0867091452<br>File Hash: 769CB9324C240697A7A92895FBF301B85C97492CB5EAFB6628EB900413A25635 | 04/11/2020 18:37:04 | Blacked | 04/11/2020 | 04/22/2020 | PA0002237696 |
| 28 | Info Hash: 311A9FBBADA1F899E9F78229DAF669E08F90F0CB<br>File Hash: D1C67773E72272C19C4437B039628E6F511CF6943FE61BCA7C3461D164ED6E03 | 04/06/2020 23:56:48 | Blacked Raw | 04/06/2020 | 04/17/2020 | PA0002237306 |
| 29 | Info Hash: 8C6947272066C57583DEA1BE22B4EFA1FDEC3934<br>File Hash: 801B8F13DDE9E2FC8D78067FB02B263C63FE02F8E3E8891FA483BEA0B65C3885 | 04/06/2020 04:17:06 | Tushy | 04/05/2020 | 04/17/2020 | PA0002237308 |
| 30 | Info Hash: A13372D383B6487823771167C3024FF64D0BAF6F<br>File Hash: 966A72033B80F407CEC791BCFC86062A5AE505676C5DD0017BDB610154691AE2 | 04/01/2020 03:06:58 | Vixen | 12/15/2018 | 01/22/2019 | PA0002147905 |
| 31 | Info Hash: 3F270D99BA6AD25ECA5DA3F1A19E9EE0BD1A3B75<br>File Hash: BC3B31B3647AE5C82A35A0142199F2969DE0DAF9966BA26F68E8D6E2E2FB9748 | 04/01/2020 03:02:00 | Vixen | 02/13/2019 | 03/11/2019 | PA0002158413 |
| 32 | Info Hash: 31D75A286A3A6B30B5554209AAFF9B1AA5C936F1<br>File Hash: 44CCB7D9CCDC0B6B6C1CA8CB7E69EA2C8D72DC1B2B1E42EB5660318D89F0FD61 | 04/01/2020 03:01:45 | Vixen | 08/17/2018 | 09/01/2018 | PA0002119582 |
| 33 | Info Hash: DD13D320C0879681AFA6F7DD38CCD9A322401B15<br>File Hash: C2C5F23864CB993A3B84F61357D840D411387AA38ED841974D636B320E2CF248 | 03/28/2020 23:49:06 | Blacked | 03/28/2020 | 04/15/2020 | PA0002246108 |
| 34 | Info Hash: F1C42EEE6A5C0C66BE5312B87E57F3BB13D4FF14<br>File Hash: DD4796B449317DB7C5EA04F3FA3518700E17FCEB633AE40D0361FF3C98D3E178 | 03/28/2020 04:42:12 | Vixen | 03/27/2020 | 04/17/2020 | PA0002246166 |
| 35 | Info Hash: FE5B9EFC4BF17A8689721558696ED93FCC6EB9E2<br>File Hash: 8E0DCB59EE4296031AE1C10776D4FD542F63A966F253937709FF7D1ABCB0C5EE | 03/24/2020 03:01:03 | Blacked Raw | 03/23/2020 | 04/17/2020 | PA0002246101 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: A503ADB8135D6967EF50060DDE3FD7C8DA113C9C<br>File Hash: 5B497083FAE27607F1CF48099A790A26ADC8CB7A665373719C4101E12CE5EEF8 | 03/22/2020 18:58:55 | Blacked | 03/21/2020 | 04/15/2020 | PA0002246170 |
| 37 | Info Hash: F02DABA96011032764D3D58477A773A1418DA5C6<br>File Hash: 017C023D160AF957F34F7F09B1BA2DDC085A40A91C8B2AAA6573870A33D34B5B | 03/21/2020 02:52:53 | Vixen | 03/20/2020 | 04/17/2020 | PA0002246116 |
| 38 | Info Hash: 4027AF1421AE2D9BED00B53E01979BB89ADD9B1E<br>File Hash: 90AB2E788BB710259D4A9DCFD9E2C65C0643D86AC847DAFA0BFED4550E27D3A6 | 03/18/2020 02:35:08 | Blacked Raw | 03/17/2020 | 04/17/2020 | PA0002246171 |
| 39 | Info Hash: DFDFC5A600C14CC078FE837FFF32BCD474D2ABD2<br>File Hash: 47102C9C2B935DCBDDE1EE0AA69035B52CF70C2CB6130516A46E25AB9F61D6E8 | 03/17/2020 02:16:57 | Tushy | 03/16/2020 | 04/15/2020 | PA0002244959 |
| 40 | Info Hash: 7557747905C0C24C24DE739A99AA7750FBD7B24F<br>File Hash: A1E83FB8FCFDDC0843A8E99258C7BD9AA92E58AEE49DE28EFDC87F121CC779C5 | 03/16/2020 02:21:17 | Blacked | 03/15/2020 | 04/15/2020 | PA0002246109 |
| 41 | Info Hash: ABB0CB14E4FF72F6E5618CF172E08E233FCAAFCB<br>File Hash: ABAC501EDE9EC42ADB6561054AD790A6FF056875C71426BF3D0C8980C512C3A8 | 03/14/2020 21:39:06 | Vixen | 03/14/2020 | 04/17/2020 | PA0002246114 |
| 42 | Info Hash: 6A00929B3D2F54C7FF7C31812DA1CEB6F03A8DF0<br>File Hash: E7517A6F80C556646938E7C39ABB9A3F1BB5D89FF3E3D535E96E9F527B6321A6 | 03/10/2020 05:10:59 | Vixen | 03/09/2020 | 04/17/2020 | PA0002246165 |
| 43 | Info Hash: A4BBE3B57AAA6F4CB4A2ED5B496363153AFA6DF4<br>File Hash: C47FDE28401E3454CDED32CADE1EE3AB18694835627C068235512800FCC039CB | 03/06/2020 02:32:11 | Blacked | 03/05/2020 | 04/15/2020 | PA0002246102 |
| 44 | Info Hash: A7671D9A943B4580C4CA097645722A9860A70621<br>File Hash: 72E74631F4ADA633B04B9331C52924F1A7B9409CADA4E594E20FF2294EA23A82 | 03/05/2020 07:34:46 | Vixen | 12/30/2018 | 01/22/2019 | PA0002147900 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: FBB1E3387B5D032B30B9137E05F516E696DC5CC5<br>File Hash: B9956D883B639ABA09E7C17604A1DE4661B56E9371D9A95D7CB251267123EB58 | 03/05/2020 07:34:08 | Vixen | 11/10/2018 | 11/25/2018 | PA0002136725 |
| 46 | Info Hash: 3748105F4AFE9AA5B660CA0D1E407FBA1F59990B<br>File Hash: FF111E44EB7F95B770FCFC7F80DD133AAB942BDC0506CF0E8F4F540E867CA0E8 | 03/05/2020 07:33:11 | Vixen | 01/29/2019 | 03/24/2019 | PA0002182715 |
| 47 | Info Hash: 842C2FCE9B1DC6EB14072796A9C3BFEA807C84BF<br>File Hash: 65272C68BC21970173B311B3FE7CFC0A2B402861EE4D0092914A8CBC16BE198A | 03/05/2020 06:00:18 | Vixen | 09/01/2019 | 09/17/2019 | PA0002216134 |
| 48 | Info Hash: 3AE6DC9DEC514352B218937506C2CC49489B66AC<br>File Hash: 80389DD58C2A0EF8455DE7085F761D3D88CFBEE72DE85C6DE4BA4E1C6C44EB80 | 02/29/2020 23:55:12 | Blacked | 02/29/2020 | 04/15/2020 | PA0002246058 |
| 49 | Info Hash: 88FA6F9DB5A1974C26CC59247894477EA91D4AA0<br>File Hash: 8270E9B6C79F9CDDAA8211B4F1F25163D9F56102881B1AC1A3D0D5FBCFBF113B | 02/28/2020 23:35:59 | Vixen | 02/28/2020 | 04/17/2020 | PA0002251744 |
| 50 | Info Hash: BCC18BD6272372F3CFC59A1BE674F61C4788F0CB<br>File Hash: 8A56C37DE8CCCDAA7BBD3EDFA4DC0F49439A4A4CCE0BED2C6768E4FC69BA25C0 | 02/25/2020 00:59:29 | Blacked | 02/24/2020 | 03/18/2020 | PA0002241627 |
| 51 | Info Hash: B85DD3F5A2B3F24656D5FAAE7A03C7C90D90964B<br>File Hash: DE647477AB0D349A1BF246259761A8635E7373D5C7BC75A02F102BC0CA569FEC | 02/24/2020 04:21:25 | Vixen | 02/23/2020 | 04/17/2020 | PA0002246164 |
| 52 | Info Hash: B075A02008E0553857D08AA176BE825DF2F1B82E<br>File Hash: 365347F72F87638EED243C682A2463F4B7A4CDD811B27F69794EFCA0F6FF7DE9 | 02/21/2020 06:29:35 | Blacked | 02/19/2020 | 03/18/2020 | PA0002241617 |
| 53 | Info Hash: 5BDB88CC053754321CAEA4B05A39407BC845578E<br>File Hash: DE1F8EC3EC978719ABB0F943520568E814376782984321B4923CC1CBA7C94749 | 02/21/2020 05:46:50 | Tushy | 02/20/2020 | 03/18/2020 | PA0002241623 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: 45BD7EB6EC3A335403A10A66A52919DBE8FD0208<br>File Hash: 47593DA825F7E009DDDAFC9CE9441BCF2700161C4B34D88DAB2AD0E59273C81B | 02/15/2020 03:05:07 | Blacked | 02/14/2020 | 03/18/2020 | PA0002241448 |
| 55 | Info Hash: 642E0CBC2CC4510978E835A1A110DB3AFCCA7A01<br>File Hash: 88BFA21A2FA90A82F48A0B1D6EA087EEC44A7701B46620CBE9492D37880B8DED | 02/11/2020 03:33:43 | Tushy | 02/10/2020 | 03/15/2020 | PA0002240548 |
| 56 | Info Hash: D40E1D6B575B0F2EF6B61AC0FCF426C0244768C2<br>File Hash: A63DEB4026D01320B444D291CEA691B6251858B775B8EF41398A7A8A359AB00C | 02/09/2020 18:15:21 | Vixen | 02/08/2020 | 03/18/2020 | PA0002241445 |
| 57 | Info Hash: 5DE0F105FC00E754C7A68603C1A8E3DD0386A030<br>File Hash: 66005ED04FAA2FA043F36536FF1BA73147CB286F0AC9CCC4034E6F08ACDDA242 | 02/06/2020 07:40:09 | Tushy | 02/05/2020 | 03/15/2020 | PA0002240545 |
| 58 | Info Hash: 98A7396F4B2B73301521703E68688BD98063104D<br>File Hash: EC7F3F865D934F1594E5F8E53A103717F39DA69AEDA7FAD4BAD2A032D5AF4520 | 02/05/2020 01:42:02 | Blacked | 02/04/2020 | 02/20/2020 | PA0002229052 |
| 59 | Info Hash: F4695C8F59FD86DCDB069CEB3A1866FDD5E3BE43<br>File Hash: CDFFB7F3BE90953602038C71009A204B72D47B1345941FB049F43195C66FBD9E | 02/04/2020 03:03:09 | Vixen | 02/03/2020 | 03/15/2020 | PA0002240554 |
| 60 | Info Hash: 8E6EED497401E5632882329A13CCE181E0D45A1E<br>File Hash: 7EF068634F9DBFFFF69D13096D059481F3BD7CB4C08FB71B20294D69CF19CB36 | 02/02/2020 05:12:39 | Blacked Raw | 02/01/2020 | 03/15/2020 | PA0002240553 |
| 61 | Info Hash: 62FC15B9E3ED07ED8B820E9D1C9BA6294BC9BDFF<br>File Hash: 76D8429F538EB3356D156D4F8BAB5440A08EAD0497F8498124384468A7E2E982 | 02/01/2020 01:40:23 | Tushy | 01/31/2020 | 03/15/2020 | PA0002240443 |
| 62 | Info Hash: CB4E9C84E6158E15C0ED1417712F99AF8416D1AF<br>File Hash: 6F33632B841C7B7B86DF8AFFF7B499EB7832519BB3BD42950D82721BFF67115A | 01/31/2020 04:26:32 | Blacked | 01/30/2020 | 02/20/2020 | PA0002237624 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 63 | Info Hash: FF16D5C558E22B9BA334778EF92DDCAC4B9C219F<br>File Hash: 0A6AC3A4977BD540B7DF072701AB010EE0AFC960275C3F4BBE458E3B8FAEF669 | 01/30/2020 03:16:34 | Vixen | 01/29/2020 | 02/20/2020 | PA0002229058 |
| 64 | Info Hash: CC0CDBCAA5D8939E0C5F5981E9F956097EB99B2D<br>File Hash: C37DD43919750B85BD593CA087799A3B9CB38BA6E3813E2D7E27DB3AADF2BABE | 01/26/2020 20:20:43 | Tushy | 01/26/2020 | 02/20/2020 | PA0002237626 |
| 65 | Info Hash: A8A733AB6B962B951329FFCBF4C8194CF688CC24<br>File Hash: 200A7BFA1394F98262AF3FD34986127CB502D0EA026906493453CC6DFA8E2525 | 01/25/2020 21:04:30 | Blacked | 01/25/2020 | 02/20/2020 | PA0002229054 |
| 66 | Info Hash: 76D21AD8087AA69EB7BF4DF16ED603A1411A7EC4<br>File Hash: 881B0BBBE91B6CE7C3868F008B3DEBAF1457A2EF08F853226BC34984B338C2B5 | 01/25/2020 04:54:06 | Vixen | 01/24/2020 | 03/15/2020 | PA0002240434 |
| 67 | Info Hash: 654FDEBA4D88249E1F34D0661AB9A548091828CC<br>File Hash: 8F91DA39430C2711DC1B6E92FB5E47B090DE8E67D9F33620B35E3F3ECA8DA5B4 | 01/24/2020 04:24:22 | Tushy | 08/09/2018 | 09/05/2018 | PA0002135685 |
| 68 | Info Hash: CA9C1A77C9BAC47BC3A59D3009DCAF3A444BBA43<br>File Hash: 101196CEF4412C52542EF3A9464D56F0668DBA06995B0F1785FE72F746EB491A | 01/24/2020 04:21:33 | Tushy | 11/27/2017 | 01/04/2018 | PA0002069335 |
| 69 | Info Hash: AFA50296ECAC1832A852B339BC6BF529E4DA693A<br>File Hash: 33B7ECDD0429547DA62F5138047273C6E8CB3D79BD4A902EF4B06867E9F6CDB4 | 01/23/2020 04:56:38 | Vixen | 01/19/2020 | 02/20/2020 | PA0002237691 |
| 70 | Info Hash: 7394693FD37E23DA3F8C16EF2B56759BB44DB556<br>File Hash: 7E3912D6291605313B55CB774A54EE5F8D2CF9C575B052193DB5E05726A4817F | 01/22/2020 04:15:44 | Tushy | 01/16/2020 | 02/20/2020 | PA0002237625 |
| 71 | Info Hash: 2660D97EEDD9B4BFD6281A8343C63CA1EB41A45A<br>File Hash: 1E485D92370F0A47A260B4411DF0A610D35D414CC2C33B46D1DC8C4046FEC5EB | 01/22/2020 03:51:37 | Tushy | 01/21/2020 | 02/20/2020 | PA0002237627 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 1B893F676E56773ED5FF82FD7DF25116F8541544<br>File Hash: 1EE98A390083C0D4271E26488268586A62B40C29597ADC4E0583F5AF23D02873 | 01/21/2020 05:44:27 | Blacked Raw | 01/17/2020 | 02/20/2020 | PA0002229055 |
| 73 | Info Hash: BC804BBC235F9BC20016F4332048E03880DC35A2<br>File Hash: E8FF1A9156517EEA0082223962EEC93A3F6A724A8893ED8078CC0BE2EBDCE763 | 01/20/2020 07:39:29 | Tushy | 01/06/2020 | 02/03/2020 | PA0002236202 |
| 74 | Info Hash: 8F45D583B36DC71140A38B289CE0AC68E193AF62<br>File Hash: 6DC4660CCABA32776470F1C7621A4FA83AA6F282968245CF653CA5D40FFB44EE | 01/02/2020 06:33:53 | Tushy | 01/01/2020 | 01/27/2020 | PA0002223953 |
| 75 | Info Hash: 1B02C5FD0BD43D66CA7F1862752B7D33093B13BA<br>File Hash: 8633705E63B8E74B37A5E3E4D917CB9038CB87429F9687CD7E5A0D0887E468B4 | 12/31/2019 21:33:17 | Blacked | 12/31/2019 | 01/27/2020 | PA0002223957 |
| 76 | Info Hash: 4E619FC85F415B63DBE01082D31400B3D103724E<br>File Hash: 75D67EDFC244E9265F9DD99F4EEF610852154F36D4037872EEB60091EA75F180 | 12/31/2019 01:42:39 | Vixen | 12/30/2019 | 01/27/2020 | PA0002223956 |
| 77 | Info Hash: 7933E524A0B34BD929026F7442AB7ADBE9F82B76<br>File Hash: 3E128A945407F889D13D2D5D8B4CC3D4431E79751A881FA7C1BE8C26FF4AC53E | 12/28/2019 00:30:38 | Blacked | 12/26/2019 | 01/27/2020 | PA0002223955 |
| 78 | Info Hash: 2A03B74B0623C4DC5C2A345CA6942396B4E80DBA<br>File Hash: 28D715B697DDB1C089DA2343D01306F2C2B9365A8A89E422E1E0232F462B7235 | 12/28/2019 00:13:17 | Tushy | 12/27/2019 | 01/22/2020 | PA0002234861 |
| 79 | Info Hash: D13E97776CE42ECFABEDFB454AB8207F34527459<br>File Hash: 65FE2D33E7063461C65A585D85A8441F1177DD4F6D38E1AECF13AD2BB05585BF | 12/26/2019 20:28:03 | Tushy | 12/20/2018 | 01/22/2019 | PA0002147682 |
| 80 | Info Hash: FF4AA172EC0D469A97A0693DDBA0DC1A4ECC701C<br>File Hash: 3DECF0AAB8057B9C37D101B6C483E9EF52900F7E0F64F19DB44D782FD9354CF9 | 12/24/2019 03:19:40 | Blacked Raw | 12/23/2019 | 01/03/2020 | PA0002219636 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 81 | Info Hash: 1D7AB4C9EF09998B39CE47D502E22775FE0190E7<br>File Hash: 5269FB7464164C4DE5B3EBB5F2372D247937BEE3357A54A124C2B4415F2543F1 | 12/22/2019 22:00:00 | Blacked | 12/21/2019 | 01/03/2020 | PA0002219632 |
| 82 | Info Hash: 75B7A9E8BB57C0DED8FB1DCEF38262201FC77BAF<br>File Hash: E87665078C528E45A21C3829655A181D79A3FC75EBB016128A1AD0802A521642 | 12/21/2019 09:08:58 | Vixen | 12/20/2019 | 02/03/2020 | PA0002225564 |
| 83 | Info Hash: 4F053CF62313C11BDA80C3231C4BD0E00D0DE61D<br>File Hash: 3F5BE95BFBB92B49EA524AEEDF4BCCDA901E042671FF35068028DA5A4C4D09BF | 12/19/2019 03:15:22 | Blacked Raw | 12/18/2019 | 02/03/2020 | PA0002225563 |
| 84 | Info Hash: 3EFE1972448E3CEE7089031141791E80FEE4781A<br>File Hash: 9F6523E45B05993AEB8924EA5291A69C7E5DD3314526A39BE5C7444F0CE744CB | 12/12/2019 02:49:48 | Blacked | 12/11/2019 | 01/03/2020 | PA0002219628 |
| 85 | Info Hash: E65C8A7AD4B9405CB2994396CF1146FE84014368<br>File Hash: 35C3C8A4D5131463919CC7CC04F2327481AC5436DF6CE91E4E91B0F84B24CEAE | 12/11/2019 05:10:34 | Vixen | 12/10/2019 | 01/03/2020 | PA0002233429 |
| 86 | Info Hash: 5946F793B34679921C5677CD95B13E859BD59C80<br>File Hash: DFEC47EBE8A82BFFC43EC7B6A6417D96AEBE237063F74D527926996C3202E3B4 | 12/10/2019 07:08:21 | Tushy | 12/02/2019 | 12/17/2019 | PA0002217668 |
| 87 | Info Hash: 383A4EA90E9A7D6495CC77BEBD1EB12915494309<br>File Hash: E2A478830E64E95BA33CA74BC6762410DB6B910B61013CD04C8C84D95356931E | 12/10/2019 07:06:15 | Tushy | 12/07/2019 | 12/17/2019 | PA0002217666 |
| 88 | Info Hash: 5463DF03D918B469190A59518CDCF7E245D6494C<br>File Hash: 99CF4E2A7DE075529D188AE25D2CE7350FBE9326B94D51C982585001266F73B3 | 11/26/2019 02:19:11 | Vixen | 11/25/2019 | 12/09/2019 | PA0002216264 |
| 89 | Info Hash: 72906D84D8783BBD85422446F753190E587602DF<br>File Hash: 5D29B63EE042AECC50E69817F835ADDA3C953B61CF929DBB55B296E7B95F6867 | 11/23/2019 01:47:23 | Blacked Raw | 11/22/2019 | 12/17/2019 | PA0002217672 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 90 | Info Hash: CD8618EED714855D34A7C9855FF48459EEFC19E9<br>File Hash: EB08A4BA3B4CB230C755314B682EDBF4E44BD95A8CFA29CA36280E9AD153B27A | 11/22/2019 02:12:24 | Blacked | 11/21/2019 | 12/09/2019 | PA0002216266 |